**Order entered April 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00468-CV

### JOHNESHA MILLER, Appellant

### V.

### DART AREA RAPID TRANSIT, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-13921**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's April 13, 2015 motion to extend the time to file a notice of appeal.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE